UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-80052-Rosenberg/Reinhart
18 U.S.C. § 1466A(a)(1)
18 U.S.C. § 1467

UNITED STATES OF AMERICA

vs.

**TIMOTHY E. MARIS,**

**Defendant.**

_____/

FILED BY SP D.C.

APR 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about the date further specified as to each count below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TIMOTHY E. MARIS,**

did knowingly distribute a visual depiction of any kind, that depicts a minor engaging in sexually explicit conduct and that is obscene, in circumstances described in Title 18, United States Code, Section 1466A(d), that is, the visual depiction had been communicated and transported in interstate and foreign commerce by any means, including by computer, and any means and instrumentality of interstate and foreign commerce was otherwise used in furtherance of the distribution of the visual depiction, and the visual depiction had been shipped and transported in instate and foreign commerce by any means, including by computer:

| Count | Date | Internet Username |
|---|---|---|
| 1 | September 21, 2023 | funj1007 |
| 2 | January 31, 2024 | funj1902 |
| 3 | February 2, 2024 | funj1902 |
| 4 | February 13, 2024 | funj1902 |
| 5 | March 18, 2024 | funj1904 |

| 6 | April 6, 2024 | funj1904 |
| 7 | April 7, 2024 | funj1904 |

All in violation of Title 18, United States Code, Section 1466A(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TIMOTHY E. MARIS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1466, as alleged in this Indictment, the defendant shall forfeit to the United States (1) any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 1466; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 1467(a).

All pursuant to Title 18, United States Code, Section 1467 and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.: 24-cr-80052-Rosenberg/Reinhart

v.

Timothy E. Maris                  **CERTIFICATE OF TRIAL ATTORNEY**

_____/     **Superseding Case Information:**
         Defendant.               New Defendant(s) (Yes or No) _____
**Court Division** (select one)   Number of New Defendants _____
  ☐ Miami    ☐ Key West   ☐ FTP  Total number of counts _____
  ☐ FTL      ☒ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-mj-8159-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of April 8, 2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Gregory Schiller*
    Gregory Schiller
    Assistant United States Attorney
    FL Bar No.    0648477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** TIMOTHY E. MARIS

**Case No:** 24-cr-80052-Rosenberg/Reinhart

Counts #1-6:

Distribution of obscene visual representations of the sexual abuse of children

Title 18 United Stats Code, Section 1466A(a)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.