UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  TIMOTHY E. MARIS

**Case No**:

Counts #1-7:

Distribution of obscene visual representations of the sexual abuse of children

Title 18 United Stats Code, Section 1466A(a)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**