UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
)
vs. ) **CASE NO.: 24-CR-80052**
)
)
**TIMOTHY MARIS**, )
)
Defendant. )
_____ )

**NOTICE REQUESTING ADDITIONAL TIME FOR SENTENCING**

Undersigned and the Government are requesting additional time for sentencing, which is set for October 1, 2024, at 10:00 AM. Thirty minutes will likely be insufficient. Both parties believe two hours should be the appropriate amount of time to allocate for sentencing.

**I HEREBY CERTIFY** that a true copy of the foregoing was electronically filed; this 26th day of July, 2024.

Respectfully submitted,
**LAW OFFICES OF MARK EIGLARSH**
**3107 Stirling Road**
**Suite 207**
**Fort Lauderdale, FL 33312**
**Telephone (305) 674-0003**
**Facsimile (305) 674-0102**
**Mark@EiglarshLaw.com**

BY: \_\_\_*/s/ Mark Eiglarsh*_____
       MARK EIGLARSH
       Florida Bar No.: 956414