Dear Honorable Judge Robin L. Rosenberg,

Hello, my name is [the person the government has identified as Child14], and I was in a two-year relationship with Timothy Maris when I was fourteen years old. For all of the victims of this man including myself and those that have been sexually exploited and pursued deserve a voice and that is why I am here today. It is important to support the victims and not glorify the man who you all knew on the outside.

For 730 days timothy manipulated me into thinking that he loved me but, in all reality, he was able to pursue his fantasies of being with a child. 730 days that were wasted that could've been turned into memories with friends and family. For all of those days, I don't believe a day went by where we didn't call or facetime for hours on end. I was so controlled by this man that even when I was sleeping, he had to be on the phone with me. Even when I did spend time with my friends Tim always had to be a part of it too. Whether playing online games with my friends and I or me being in the corner of the room on the phone with Tim isolated from my friends. Although I was never groomed by money or gifts, Tim took my weaknesses and attention lacked self to his advantage. I deserved the freshman year experiences in high school, but Tim had me on a leash.

When I was fifteen, timothy was able to fulfill his sexual desire of being with a child. An innocent trip to Disney World with family, Tim drove to Orlando to stay in the same hotel as myself. As most people have a significant date that they will always remember, mine is March 29th, 2019. The night in a hotel bathroom, my virginity was taken by Timothy Maris on a cold disgusting floor. And as he was seven years older than me it was not enjoyed, but Tim enjoyed taking something so delicate and childlike as a trophy.

Every action in this world has a consequence whether positive or negative and Tim knew this. Every action or word he said he knew he had control over me. Even when his mother found out my age and banned him from ever coming to visit me, he still pursued me.

Now I know whatever Timothy is sentenced here today will be the consequences to his actions. This sentence is not based on the Tim that everyone knew and loved for being a caring and family-oriented person. But for the Tim that pursued children in sexual ways to please himself.

And to Timothy,

I was never a religious person, but I remember you going to church every single Sunday morning. How can God save you now? In our relationship I was the prey, and you were a predator but now Timothy, I hope you know that in prison you will be the prey.

Sincerely,

[the person the government has identified as Child14]