Honorable Judge Rosenberg
United States District Court
Southern District of Florida

Honorable Judge Rosenburg

    Hello my name is Z▮▮▮▮▮▮ and I met Timothy Maris when I was 14 years of age. I had been introduced to Timothy through my best friend Child_14 ▮▮▮▮▮▮ who was also 14 years old, through a face-time call in 2018. I was very eager at the time to finally meet him, since Child_14 had told me that Timothy was her new boyfriend. When first seeing him I was not shocked by the obvious age difference, based on the fact that from the start of their relationship the age differences were made very clear. Child_14 and I both knew Timothy Maris was a 21 year old male at the time, and Timothy knew that Child_14 and I were both 14 year old girls.

    Since the very start of Timothy and Child_14's relationship it was very clear that Timothy was the person in control. When Child_14 would hang out with me, it wouldn't be just the two of us anymore… Timothy was always on face-time as well. It came to a point that no matter what Child_14 was doing or where she was, Timothy had to always be on the phone with her 24/7. This would lead to such an extreme that Child_14 began to isolate herself and only gave her attention towards Timothy. This led to me showing some concern towards Child_14 and Timothy because I felt as If this isn't how a relationship should be. So to keep me from potentially expressing my concerns about their relationship to anyone, Timothy decided to allow Child_14 to let me back in.

    From that point on slowly my concerns began to disappear, considering that Timothy was becoming less of a stranger to me, due to the fact that I was now being included in the majority of their phone calls and even a group chat we all resided in. It even grew to the point where Timothy and I would begin to talk one on one, So to say that I didn't know Timothy on a personal standpoint would be an understatement. Timothy and I talked every single day about him and Child_14's relationship, I knew almost everything that was said or happened between them from both parties. This led to Timothy becoming a very close personal friend of mine at the time, we would tell each other anything and everything. In our one on one conversations there would be one topic that Timothy and I would talk about consistently. That topic would be Timothy's fear of Child_14 going to the police about their romantic relationship.

    Now with the utmost complete understanding that Maris shared with me of knowing that his and Child_14's relationship could lead to him potentially being in trouble with the law and his fearfulness of the consequences that came with it, I thought their relationship would never be more than talking electronically. Especially with the way he seemed so terrified of the possibility of ever being sent to prison due to him being in a romantic relationship with a minor. That wasn't the case though, in fact Timothy had met Child_14 in person on three different occasions. The first time being in October 2018, and the second and third being in March of 2019. Since I was not personally with them on their first meeting in October 2018 I cannot give much details on that, but for the second and third meeting in March 2019 I can.

  Specifically in the last week of March 2019 Child_14 and I were on a Spring Break vacation for her sister's birthday in Orlando Florida to go to disney world. Timothy, who was residing in Wellington Florida during this time, decided to make the drive to Orlando and even stay in the same hotel as us for plans on meeting up with Child_14 in person again. It was on the 29th of March when Maris was communicating with Child_14 and I about meeting up in the room he had been staying in, which he gave us the floor and number too. When we were all together in the room it was transparent that we weren't there to just hang out and talk. Timothy Maris, who was 22 years old at the time, had planned on taking the virginity of 15 year old Child_14 in the hotel room that night and did such in the attached bathroom.

  Subsequently the day after on March 30th, Timothy made plans to come to disney world so he could see Child_14 again before we left. We all decided to meet up in one of the Disney world parks and Timothy even brought along his younger cousin Eliza to hang out with us for the day. Throughout the entire day Maris was not hiding the fact that he and Child_14 were in a relationship, in fact he was happily showing it. Timothy was constantly holding Child_14s hand, kissing her, holding her, and having her sit on his lap, and more. With that being said it was obviously being shown, Maris had no hesitation of fear for his own cousin and individuals around him watching how he openly acted with Child_14, a 15 year old girl in public.

  Since Timothy was so open about being with Child_14 in a public environment around thousands of people including his own Cousin, it came to no surprise to Child_14 and I that more of the people in his life would come to know about their relationship. At first it was just his close friends who we were introduced to over the phone with, then his cousin in person, to eventually even his own Mother Elena. In fact I remember like it was yesterday, the day His mother made a personal phone call to speak with Child_14 in November of 2019. This phone call consisted of Elena pleading to Child_14 that she needed to leave her son Timothy alone, due to the sake of his personal reputation. Again Elena did not once express any concern for Child_14, a 15 year old girl in this situation, but only about how it would affect what the people around her 22 year old son Timothy thought about him.

  With all of this being said I find it hard to believe that the people around Timothy were completely unaware of his attraction to minors. It is evident that Maris did not just seek out underage children online, but yet in fact had a completely real full on 2 year relationship with one. I am not one bit surprised to this day to have found out and learned that Maris had been arrested whilst trying to pursue another child, and neither should the people closest to him be. I firmly and truly know for a fact, Timothy is attracted to young children and always will be. Even with the knowledge Maris had of prison time being one of the potential outcomes within the acts he was committing, it was obviously never enough to stop him fulfilling his desires of being with children. Without a doubt, Timothy Maris IS undeniably a child predator that deserves to finally be acknowledged and face the consequences of what comes with being one.

Sincerely,
Z▬▬▬